PROB 12C
(6/16)

Report Date: March 1, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 01, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Elijah Jacob Martinez          Case Number: 0980 2:09CR06012-EFS-1

Address of Offender:                  , Richland, Washington 99352

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: January 14, 2010

| | |
|---|---|
| Original Offense: | Possession of a Controlled Substance With Intent to Distribute, 21 U.S.C. § 841(a)(1); Felon in Possession of Firearm, 18 U.S.C. § 922(g); |
| Original Sentence: | Prison - 87 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: October 30, 2015 |
| Defense Attorney: | Nicholas W. Marchi | Date Supervision Expires: October 29, 2020 |

---

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |

**Supporting Evidence**: Elijah Martinez is considered to be in violation of his period of supervised release by using a controlled substance on or prior to November 28, 2017; December 5, 2017; December 14, 2017; and February 1, 2018.

On October 30, 2015, the offender signed his conditions of supervised release acknowledging he understood he could not use controlled substances except as prescribed by a physician. Furthermore, the offender, by signing the conditions, acknowledged he understood random drug testing would be completed, as noted within Special Condition #16.

On November 3, 2015, the offender signed his Treatment Services Contract Program Plan acknowledging he was to call for random drug testing at First Step Community Counseling.

Prob12C
**Re: Martinez, Elijah Jacob**
**March 1, 2018**
**Page 2**

On March 13, 2017, the offender's Treatment Services Contract Plan was terminated due to compliance.

On November 28, 2017, the offender again signed a Treatment Services Contract Program Plan for random urinalysis testing with First Step Community Counseling after testing positive for the presence methamphetamine at the U.S. Probation Office in Richland.

On November 28, 2017, and February 1, 2018, the offender was directed to report to the Probation Office in Richland to supply a urine sample for drug testing. On both occasions the offender denied using controlled substances after the sample returned presumptive positive for the presence of amphetamine. Each sample was forwarded for confirmation and each returned positive for the presence of methamphetamine.

On December 5, 2017, and December 14, 2017, the offender reported to First Step Community Counseling to supply a random drug test. On each occasion the offender admitted he had used methamphetamine and signed an admission of use form. Each sample was also forwarded for confirmation and returned positive for the presence of methamphetamine.

2    <u>**Special Condition # 16**</u>: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

<u>**Supporting Evidence**</u>: Elijah Martinez is considered to be in violation of his period of supervised release by failing to report for random drug testing on or prior to January 2, 2018; January 29, 2018; February 22, 2018; and February 27, 2018**.**

On October 30, 2015, the offender signed his conditions of supervised release acknowledging he was expected to report for random drug testing, as directed by the supervising officer, up to six times per month.

On November 3, 2015, the offender signed his Treatment Services Contract Program Plan acknowledging he was to call for random drug testing at First Step Community Counseling.

On March 13, 2017, the offender's Treatment Services Contract Plan was terminated due to compliance.

On November 28, 2017, the offender again signed a Treatment Services Contract Program Plan for random urinalysis testing with First Step Community Counseling after testing positive for the presence methamphetamine at the U.S. Probation Office in Richland.

On January 2, 2018; January 29, 2018; February 22, 2018; and February 27, 2018, the offender was required to report for random drug testing. The offender failed to report on each occasion.

Prob12C
**Re: Martinez, Elijah Jacob**
**March 1, 2018**
**Page 3**

3        **Special Condition # 15**: The defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Elijah Martinez is considered to be in violation of his period of supervised release by failing to report for chemical dependency treatment on or prior to January 30, 2018;February 1, 2018; February 8, 2018; February 15, 2018; and February 22, 2018.

On October 30, 2015, the offender signed his conditions of supervised release acknowledging he was to complete a substance abuse assessment and successfully complete the program.

On December 20, 2017, an assessment was completed and the offender was assessed as needing outpatient treatment. The assessment stated the offender would need to attend one group meeting weekly and one individual session monthly. As noted above, the defendant has failed to report for his last five meetings. The offender is not in compliance with his chemical dependency treatment due to his missed treatment sessions, positive drug tests, and missed drug tests.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    3/1/2018
                 s/David L. McCary

                 David L. McCary
                 U.S. Probation Officer

THE COURT ORDERS
[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

                 *Edward F. Shea*

                 Signature of Judicial Officer

                 March 1, 2018

                 Date